UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NERISSA CARR, ET AL. | CIVIL ACTION NO. 6:18-cv-01547 |
| VERSUS | JUDGE SUMMERHAYS |
| VERMILION PARISH SCHOOL BOARD | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. Defendant has filed an objection to the report and recommendation. Plaintiffs challenge the Defendant's objection on the ground that it is untimely. While the objection does appear to be untimely, the Court has considered the objection on the merits. The court concludes that the objection raises no new grounds or arguments that were not already fully considered in Magistrate Judge Hanna's thorough and well-reasoned Report and Recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion to remand (Rec. Doc. 6) is GRANTED and no attorneys' fees or costs are awarded to the plaintiffs, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 13th day of March, 2019.

ROBERT SUMMERHAYS
UNITED STATES DISTRICT JUDGE